AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 23 CR 133 |
| PATRICK LAU | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PATRICK LAU .

Date: 04/12/2023

/s/Stacey Van Malden
*Attorney's signature*

Stacey Van Malden
*Printed name and bar number*

5114 Post Road
Bronx, New York 10471
*Address*

staceyL11@optonline.net
*E-mail address*

(917) 723-5479
*Telephone number*

(212) 966-0588
*FAX number*