**STACEY VAN MALDEN, ESQ.**
Attorney at Law
5114 Post Road
Bronx, New York 10471
Office: (917) 723-5479
Fax: (212) 966-0588
Email: staceyl11@optonline.net

Stacey Anne Van Malden
Admitted NY, NJ, PA, FL

VIA ECF

June 6, 2023

*Application GRANTED. The Clerk of Court is directed to terminate Doc. #80. SO ORDERED.*

The Honorable Jesse M. Furman
United State District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York. 10007

*June 6, 2023*

Re:   United States v. Patrick Lau
       Dkt. No. 1:23-cr-133 (JMF)

Your Honor,

  I am writing to you today to respectfully request a change in Mr. Lau's Bail Conditions to allow him to travel to the Northern District of New York.  This would be in addition to the Southern and Eastern Districts of New York and the District of Connecticut, which are already part of his Bail Conditions.  I have received the consent of the Office of the United States Attorney, as well as Pretrial Services Officer Stephen Boose.

  The reason for this request is that Mr. Lau worships at the Mahayana Temple, a Buddhist temple.  It is located at 710 Ira Vail Road, Cairo, New York, which is located in Greene County, Northern District of New York.

  I thank you for your consideration in this matter.

            Respectfully submitted,

            /s/Stacey Van Malden
            Stacey Van Malden, Esq.