UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
:
UNITED STATES OF AMERICA
:     CONSENT PRELIMINARY ORDER
- v. -                                      OF FORFEITURE/
:     MONEY JUDGMENT
PATRICK LAU,
:     S7 23 Cr. 133 (JMF)
Defendant.
:
------------------------------------ x

        WHEREAS, on or about January 23, 2024, PATRICK LAU (the "Defendant"), was charged in a one-count superseding Information, S7 23 Cr. 133 (JMF) (the "Information"), with conspiracy to commit wire fraud in violation of Title 18, United States Code, Section 371 (Count One);

        WHEREAS, the Information included a forfeiture allegation as to Count One of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offense charged in Count One of the Information, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Information that the Defendant personally obtained;

        WHEREAS, on or about January 23, 2024, the Defendant pled guilty to Count One of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Information and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c) a sum of money equal to $1,735,694.04 in United States currency, representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Information (the "Money Judgment");

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $1,735,694.04 in United States currency, representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Information that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorneys, Katherine C. Reilly, Danielle M. Kudla, Kevin Mead, and Qais Ghafary of counsel, and the Defendant, and his counsel, Stacey Ann Van Malden Esq., that:

1. As a result of the offense charged in Count One of the Information, to which the Defendant pled guilty, a money judgment in the amount of $1,735,694.04 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, PATRICK LAU, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York,

Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:  /s/ Kevin Mead                                         1/17/2024
     KATHERINE C. REILLY                                    DATE
     DANIELLE M. KUDLA
     KEVIN MEAD
     QAIS GHAFARY
     Assistant United States Attorney
     One St. Andrew's Plaza
     New York, NY 10007
     (212) 637-6521/2304/2211/1930


PATRICK LAU

By:  _____                        1/23/24
     PATRICK LAU                                             DATE


By:  _____                        1/23/24
     STACEY ANN VAN MALDEN, ESQ.                             DATE

     Attorney for Defendant
     5114 Post Road
     Bronx, NY 10471


SO ORDERED:

_____                             1/23/2024
HONORABLE JESSE M. FURMAN                                   DATE
UNITED STATES DISTRICT JUDGE