UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                               :
                                                                        :
       -v-                                                              :    23-CR-133-10 (JMF)
                                                                        :
PATRICK LAU,                                                            :    <u>ORDER</u>
                                                                        :
                   Defendant.                                       :
                                                                        :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Defendant's sentencing submission, docketed at ECF No. 248, contains exhibits with the names and other identifying information of individuals known to be minors in violation of Rule 49.1(a) of the Federal Rules of Criminal Procedure. Accordingly, the Court has placed the filing on Court-view only. No later than May 20, 2024, Defendant shall refile the submission in compliance with Rule 49.1(a).

       SO ORDERED.

Dated: May 17, 2024
       New York, New York
                                                                   JESSE M. FURMAN
                                                        United States District Judge