UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

UNITED STATES OF AMERICA,

CASE NO. 23-CR-133

- v -

PATRICK LAU

-----------------------------------------------------------------

This application for the return of the defendant's passport having come before the Court on the application of Stacey Van Malden, Esq., counsel for the defendant; and

**IT IS NOW HEREBY ORDERED**, that Pretrial Services return the defendant's passport to defendant's wife, Yixi Chen.

The Clerk of Court is directed to terminate Doc. #478.

SO ORDERED

_____
Hon. Jesse M. Furman, U.S.D.J.
March 13, 2025